**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Armando GOMEZ–HERNANDEZ,**
**a.k.a. Carlos Atondo, a.k.a. Mario**
**Gomez, Defendant–Appellant.**

**No. 15–30264**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2016 *

FILED June 20, 2016

Zeno Benjamin Baucus, Leif Johnson, Office of the US Attorneys, Billings, MT, for Plaintiff–Appellee.

John Rhodes, Esquire, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana (Missoula), Missoula, MT, for Defendant–Appellant.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Armando Gomez–Hernandez appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for illegal reentry in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm, but remand to correct the judgment.

Gomez–Hernandez contends that the district court violated the Sixth Amendment by increasing the statutory maximum sentence for his offense on the basis of a prior felony conviction that was not admitted by him or found by a jury. As Gomez–Hernandez concedes, this argument is foreclosed by the Supreme Court's holding in *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *See United States v. Leyva–Martinez*, 632 F.3d 568, 569 (9th Cir. 2011) ("We have repeatedly held ... that *Almendarez–Torres* is binding unless it is expressly overruled by the Supreme Court.").

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand this case to the district

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

court with instructions that it delete from the judgment the reference to § 1326(b)(1). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct the judgment.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.